J-A01025-21

| | | |
|---|---|---|
| PETER HUMPHREY, YU YINGZENG, AND CHINA WHYS COMPANY LTD | : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : : : | |
| GLAXOSMITHKLINE PLC AND GLAXOSMITHKLINE LLC | : : | No. 1145 EDA 2020 |
| Appellant | : | |

Appeal from the Order Entered February 12, 2020
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  No. 181003237

**ORDER**

**AND NOW** this 1st day of September, 2021, upon receipt of the letter

of August 26, 2021 from the trial court asking that the memorandum decision

in this case be converted to a published opinion, it is hereby **ORDERED** that

said request be and hereby is **GRANTED**.  The memorandum decision filed in

this case is hereby **WITHDRAWN**.

PER CURIAM